**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| FRANK ROSS, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-287 (MTT) |
| SHARON DUFFEY, Warden, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 21) of United States Magistrate Judge Charles H. Weigle on the Motion to Dismiss filed by the remaining Defendants in this case (Doc. 14). In the Recommendation, the Magistrate Judge recommends dismissing the Plaintiff's case because of the Plaintiff's failure to exhaust his administrative remedies. The Plaintiff has objected to the Recommendations (Doc. 53). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a de novo determination of the portions of the Recommendation to which Plaintiff objects.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Motion to Dismiss (Doc. 14) is **GRANTED**.

**SO ORDERED**, this the 26th day of July, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch